1  DANIELLE K. LEWIS (SBN 218274)
   dlewis@selmanlaw.com
2  MICHAEL O. ZITANI (SBN 317827)
   mzitani@selmanlaw.com
3  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
4  San Francisco, CA 94105-4537
   Telephone: 415.979.0400
5  Facsimile: 415.979.2099

6

7  Attorneys for Defendants
   COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE,
   SHERIFF THOMAS A. FERRARA, DALTON MCCAMPBELL,
8  LISA MCDOWELL, ROY STOCKTON, CONNOR HAMILTON,
   and CHRIS CARTER

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  NAKIA V. PORTER, an individual on her       Case No. 2:21-cv-01473-KJM-JDP
    own behalf and on behalf of her minor
13  children, L.P. and A.P.; JOE BERRY          **SOLANO COUNTY DEFENDANTS' ANSWER
    POWELL, JR., an individual, and CLIFTON     TO PLAINTIFFS' SECOND AMENDED
    POWELL, on behalf of his minor child, O.P.,  COMPLAINT**
14
                                                **[DEMAND FOR JURY TRIAL]**
15            Plaintiffs,

16       v.

17  COUNTY OF SOLANO, SOLANO
    COUNTY SHERIFF'S OFFICE; SHERIFF
18  THOMAS A. FERRARA, in his official
    capacity as Sheriff of Solano County;
19  DEPUTY DALTON MCCAMPBELL, an
    individual, DEPUTY LISA MCDOWELL, an
20  individual, SERGEANT ROY STOCKTON,
    an individual, DEPUTY CONNOR
21  HAMILTON, an individual; DEPUTY CHRIS
    CARTER, an individual; CITY OF DIXON;
22  DIXON POLICE DEPARTMENT; DIXON
    POLICE CHIEF ROBERT THOMPSON, in
23  his official capacity as Dixon Chief of Police;
    OFFICER GABRIEL HOLLINGSHEAD, an
24  individual, OFFICER AARON WILLIAMS
    an individual and DOES 1 to 10, inclusive,
25
              Defendants.

26

27      Defendants COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE,

    SHERIFF THOMAS A. FERRARA, SHERIFF DALTON MCCAMPBELL, LISA
28
    MCDOWELL, ROY STOCKTON, CONNOR HAMILTON and CHRIS CARTER (collectively

                                            1

4868-7727-4626

Selman Breitman LLP
ATTORNEYS AT LAW

"Defendants"), by and through their attorneys of record, as an answer to Plaintiffs' NAKIA PORTER, her children L.P. and A.P., JOE BERRY POWELL, JR., and CLIFTON POWELL on behalf of his minor child O.P.'s (collectively "Plaintiffs") Second Amended Civil Rights Complaint for Damages and Injunctive Relief ("SAC"), hereby admit, deny, and allege as follows:

I.    **NATURE OF THE ACTION**

1.    Responding to Paragraph 1 of the SAC, Defendants deny, all and singular, generally and specifically, each and every one of the allegations contained therein.

2.    Responding to Paragraph 2 of the SAC, Defendants deny all and singular, generally and specifically, each and every one of the allegations contained therein.

II.   **JURISDICTION AND VENUE**

3.    Responding to Paragraph 3 of the SAC, without admitting any wrongdoing or liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to damages sought, Defendants admit that the Court has original and supplemental jurisdiction over this action.

4.    Responding to Paragraph 4 of the SAC, without admitting any wrongdoing or liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to damages sought, Defendants admit venue is appropriate in this court.

III.  **PARTIES**

5.    Responding to Paragraph 5 of the SAC, Defendants do not have sufficient information or belief to enable them to admit or deny these allegations and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

6.    Responding to Paragraph 6 of the SAC, Defendants do not have sufficient information or belief to enable them to admit or deny these allegations and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

7.    Responding to Paragraph 7 of the SAC, Defendants do not have sufficient information or belief to enable them to admit or deny these allegations and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

Selman Breitman LLP
ATTORNEYS AT LAW

1  8.  Responding to paragraph 8 of the SAC, Defendants do not have sufficient

2 information or belief to enable them to admit or deny these allegations and, on that basis, deny

3 all and singular, generally and specifically, each and every allegation contained therein.

4  9.  Responding to Paragraph 9 of the SAC, Defendants do not have sufficient

5 information or belief to enable them to admit or deny these allegations and, on that basis, deny

6 all and singular, generally and specifically, each and every allegation contained therein.

7  10.  Responding to Paragraph 10 of the SAC, Defendants do not have sufficient

8 information or belief to enable them to admit or deny these allegations and, on that basis, deny

9 all and singular, generally and specifically, each and every allegation contained therein.

10  11.  Responding to Paragraph 11 of the SAC, Defendants do not have sufficient

11 information or belief to enable them to admit or deny these allegations and, on that basis, deny

12 all and singular, generally and specifically, each and every allegation contained therein.

13  12.  Responding to Paragraph 12 of the SAC, Defendants do not have sufficient

14 information or belief to enable them to admit or deny these allegations and, on that basis, deny

15 all and singular, generally and specifically, each and every allegation contained therein.

16  13.  Responding to Paragraph 13 of the SAC, Defendants do not have sufficient

17 information or belief to enable them to admit or deny these allegations and, on that basis, deny

18 all and singular, generally and specifically, each and every allegation contained therein.

19  14.  Responding to Paragraph 14 of the SAC, Defendants do not have sufficient

20 information or belief to enable them to admit or deny these allegations and, on that basis, deny

21 all and singular, generally and specifically, each and every allegation contained therein.

22  15.  Responding to Paragraph 15 of the SAC, without admitting any wrongdoing or

23 liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

24 damages sought, Defendants admit COUNTY OF SOLANO is a public entity and political

25 subdivision duly organized and existing under the laws of the State of California.  As to the

26 remaining allegations in this paragraph, Defendants deny all and singular, generally and

27 specifically, each and every remaining allegation contained therein.

28  16.  Responding to Paragraph 16 of the SAC, without admitting any wrongdoing or

Selman Breitman LLP
ATTORNEYS AT LAW

3

SOLANO COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
2:21-cv-01473-KJM-JDP

1   liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

2   damages sought, Defendants admit SOLANO COUNTY SHERIFF'S OFFICE is a law

3   enforcement agency operating in Solano County, California.  As to the remaining allegations in

4   this paragraph, Defendants deny all and singular, generally and specifically, each and every

5   remaining allegation contained therein.

6          17.     Responding to Paragraph 17 of the SAC, without admitting any wrongdoing or

7   liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

8   damages sought, Defendants admit that Dalton McCampbell is an employee of Solano County

9   and a Deputy with the Solano County Sheriff's Office.  As to the remaining allegations in this

10  paragraph, Defendants deny all and singular, generally and specifically, each and every

11  allegation contained therein.

12         18.     Responding to Paragraph 18 of the SAC, without admitting any wrongdoing or

13  liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

14  damages sought, Defendants admit that Lisa McDowell is an employee of Solano County and a

15  Deputy with the Solano County Sheriff's Office.  As to the remaining allegations in this

16  paragraph, Defendants deny all and singular, generally and specifically, each and every

17  allegation contained therein.

18         19.     Responding to Paragraph 19 of the SAC, without admitting any wrongdoing or

19  liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

20  damages sought, Defendants admit that Roy Stockton is an employee of Solano County and a

21  Sergeant with the Solano County Sheriff's Office.  As to the remaining allegations in this

22  paragraph, Defendants deny all and singular, generally and specifically, each and every

23  allegation contained therein.

24         20.     Responding to Paragraph 20 of the SAC, without admitting any wrongdoing or

25  liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

26  damages sought, Defendants admit that Connor Hamilton is an employee of Solano County and a

27  Deputy with the Solano County Sheriff's Office.  As to the remaining allegations in this

28  paragraph, Defendants deny all and singular, generally and specifically, each and every

Selman Breitman LLP
ATTORNEYS AT LAW

4

4868-7727-4626

allegation contained therein.

21. Responding to Paragraph 21 of the SAC, without admitting any wrongdoing or liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to damages sought, Defendants admit that Chris Carter is an employee of Solano County and a Deputy with the Solano County Sheriff's Office.  As to the remaining allegations in this paragraph, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

22. Responding to Paragraph 22 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

23. Responding to Paragraph 23 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

24. Responding to Paragraph 24 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

25. Responding to Paragraph 25 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

## IV.   FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

26. Responding to Paragraph 26 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

27. Responding to Paragraph 27 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

28. Responding to Paragraph 28 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny these allegations, and on that basis, deny all and singular, generally and

Selman Breitman LLP
ATTORNEYS AT LAW

1   specifically, each and every allegation contained therein.

2          29.     Responding to Paragraph 29 of the SAC, Defendants deny all and singular,

3   generally and specifically, each and every allegation contained therein.

4          30.     Responding to Paragraph 30 of the SAC, Defendants deny all and singular,

5   generally and specifically, each and every allegation contained therein.

6          31.     Responding to Paragraph 31 of the SAC, Defendants deny all and singular,

7   generally and specifically, each and every allegation contained therein.

8          32.     Responding to Paragraph 32 of the SAC, Defendants deny all and singular,

9   generally and specifically, each and every allegation contained therein.

10          33.     Responding to Paragraph 33 of the SAC, Defendants deny all and singular,

11   generally and specifically, each and every allegation contained therein.

12          34.     Responding to Paragraph 34 of the SAC, Defendants deny all and singular,

13   generally and specifically, each and every allegation contained therein.

14          35.     Responding to Paragraph 35 of the SAC, Defendants deny all and singular,

15   generally and specifically, each and every allegation contained therein.

16          36.     Responding to Paragraph 36 of the SAC, Defendants deny all and singular,

17   generally and specifically, each and every allegation contained therein.

18          37.     Responding to Paragraph 37 of the SAC, Defendants deny all and singular,

19   generally and specifically, each and every allegation contained therein.

20          38.     Responding to Paragraph 38 of the SAC, Defendants deny all and singular,

21   generally and specifically, each and every allegation contained therein.

22          39.     Responding to Paragraph 39 of the SAC, Defendants deny all and singular,

23   generally and specifically, each and every allegation contained therein.

24          40.     Responding to Paragraph 40 of the SAC, Defendants deny all and singular,

25   generally and specifically, each and every allegation contained therein.

26          41.     Responding to Paragraph 41 of the SAC, Defendants deny all and singular,

27   generally and specifically, each and every allegation contained therein.

28          42.     Responding to Paragraph 42 of the SAC, Defendants deny all and singular,

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

1  generally and specifically, each and every allegation contained therein.

2       43.     Responding to Paragraph 43 of the SAC, Defendants deny all and singular,

3  generally and specifically, each and every allegation contained therein.

4       44.     Responding to Paragraph 44 of the SAC, Defendants deny all and singular,

5  generally and specifically, each and every allegation contained therein.

6       45.     Responding to Paragraph 45 of the SAC, Defendants deny all and singular,

7  generally and specifically, each and every allegation contained therein.

8       46.     Responding to Paragraph 46 of the SAC, Defendants deny all and singular,

9  generally and specifically, each and every allegation contained therein.

10       47.     Responding to Paragraph 47 of the SAC, Defendants deny all and singular,

11  generally and specifically, each and every allegation contained therein.

12       48.     Responding to Paragraph 48 of the SAC, Defendants deny all and singular,

13  generally and specifically, each and every allegation contained therein.

14       49.     Responding to Paragraph 49 of the SAC, Defendants deny all and singular,

15  generally and specifically, each and every allegation contained therein.

16       50.     Responding to Paragraph 50 of the SAC, Defendants deny all and singular,

17  generally and specifically, each and every allegation contained therein.

18       51.     Responding to Paragraph 51 of the SAC, Defendants deny all and singular,

19  generally and specifically, each and every allegation contained therein.

20       52.     Responding to Paragraph 52 of the SAC, Defendants deny all and singular,

21  generally and specifically, each and every allegation contained therein.

22       53.     Responding to Paragraph 53 of the SAC, Defendants deny all and singular,

23  generally and specifically, each and every allegation contained therein.

24       54.     Responding to Paragraph 54 of the SAC, Defendants deny all and singular,

25  generally and specifically, each and every allegation contained therein.

26       55.     Responding to Paragraph 55 of the SAC, Defendants deny all and singular,

27  generally and specifically, each and every allegation contained therein.

28       56.     Responding to Paragraph 56 of the SAC, Defendants deny all and singular,

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

1   generally and specifically, each and every allegation contained therein.

2          57.    Responding to Paragraph 57 of the SAC, Defendants deny all and singular,

3   generally and specifically, each and every allegation contained therein.

4          58.    Responding to Paragraph 58 of the SAC, Defendants deny all and singular,

5   generally and specifically, each and every allegation contained therein.

6          59.    Responding to Paragraph 59 of the SAC, Defendants deny all and singular,

7   generally and specifically, each and every allegation contained therein.

8          60.    Responding to Paragraph 60 of the SAC, Defendants lack sufficient knowledge or

9   belief to admit or deny those allegations, and on that basis, deny all and singular, generally and

10  specifically, each and every allegation contained therein.

11         61.    Responding to Paragraph 61 of the SAC, Defendants deny all and singular,

12  generally and specifically, each and every allegation contained therein.

13         62.    Responding to Paragraph 62 of the SAC, Defendants deny all and singular,

14  generally and specifically, each and every allegation contained therein.

15         63.    Responding to Paragraph 63 of the SAC, Defendants deny all and singular,

16  generally and specifically, each and every allegation contained therein.

17         64.    Responding to Paragraph 64 of the SAC, Defendants deny all and singular,

18  generally and specifically, each and every allegation contained therein.

19         65.    Responding to Paragraph 65 of the SAC, Defendants deny all and singular,

20  generally and specifically, each and every allegation contained therein.

21         66.    Responding to Paragraph 66 of the SAC, Defendants deny all and singular,

22  generally and specifically, each and every allegation contained therein.

23         67.    Responding to Paragraph 67 of the SAC, Defendants deny all and singular,

24  generally and specifically, each and every allegation contained therein.

25         68.    Responding to Paragraph 68 of the SAC, Defendants deny all and singular,

26  generally and specifically, each and every allegation contained therein.

27         69.    Responding to Paragraph 69 of the SAC, Defendants deny all and singular,

28  generally and specifically, each and every allegation contained therein.

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

70. Responding to Paragraph 70 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

71. Responding to Paragraph 71 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

72. Responding to Paragraph 72 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

73. Responding to Paragraph 73 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

74. Responding to Paragraph 74 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

75. Responding to Paragraph 75 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

76. Responding to Paragraph 76 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

77. Responding to Paragraph 77 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny the allegations contained therein and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

78. Responding to Paragraph 78 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny the allegations contained therein and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

79. Responding to Paragraph 79 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny the allegations contained therein and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

80. Responding to Paragraph 80 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny the allegations contained therein and, on that basis, deny all and singular, generally and specifically, each and every allegation contained therein.

81. Responding to Paragraph 81 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny the allegations contained therein and, on that basis, deny all and singular,

SOLANO COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
2:21-cv-01473-KJM-JDP

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

1   generally and specifically, each and every allegation contained therein.

2   82.   Responding to Paragraph 82 of the SAC, Defendants deny all and singular,

3   generally and specifically, each and every allegation contained therein.

4   83.   Responding to Paragraph 83 of the SAC, Defendants deny all and singular,

5   generally and specifically, each and every allegation contained therein.

6   84.   Responding to Paragraph 84 of the SAC, Defendants deny all and singular,

7   generally and specifically, each and every allegation contained therein.

8   85.   Responding to Paragraph 85 of the SAC, Defendants deny all and singular,

9   generally and specifically, each and every allegation contained therein.

10   86.   Responding to Paragraph 86 of the SAC, Defendants deny all and singular,

11   generally and specifically, each and every allegation contained therein.

12   87.   Responding to Paragraph 87 of the SAC, Defendants deny all and singular,

13   generally and specifically, each and every allegation contained therein.

14   88.   Responding to Paragraph 88 of the SAC, Defendants deny all and singular,

15   generally and specifically, each and every allegation contained therein.

16   89.   Responding to Paragraph 89 of the SAC, without admitting any wrongdoing or

17   liability for any alleged acts or omissions and without admitting that Plaintiffs are entitled to

18   damages sought, Defendants admit Plaintiffs NAKIA PORTER and JOE B. POWELL, JR.

19   presented government tort claims to SOLANO COUNTY on January 13, 2021.  As to the

20   remaining allegations in Paragraph 89, Defendants deny all and singular, generally and

21   specifically, each and every allegation contained therein.

22   90.   Responding to Paragraph 90 of the SAC, Defendants deny all and singular,

23   generally and specifically, each and every allegation contained therein.

24   91.   Responding to Paragraph 91 of the SAC, Defendants deny all and singular,

25   generally and specifically, each and every allegation contained therein.

26   92.   Responding to Paragraph 92 of the SAC, Defendants deny all and singular,

27   generally and specifically, each and every allegation contained therein.

28   93.   Responding to Paragraph 93 of the SAC, Defendants lack sufficient knowledge or

SOLANO COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
2:21-cv-01473-KJM-JDP

Selman Breitman LLP
ATTORNEYS AT LAW

1  belief to admit or deny the allegations contained therein and, on that basis, deny all and singular,

2  generally and specifically, each and every allegation contained therein.

3      94.    Responding to Paragraph 94 of the SAC, Defendants deny all and singular,

4  generally and specifically, each and every allegation contained therein.

5      95.    Responding to Paragraph 95 of the SAC, Defendants lack sufficient knowledge or

6  belief to admit or deny the allegations contained therein and, on that basis, deny all and singular,

7  generally and specifically, each and every allegation contained therein.

8      96.    Responding to Paragraph 96 of the SAC, Defendants lack sufficient knowledge or

9  belief to admit or deny the allegations contained therein and, on that basis, deny all and singular,

10  generally and specifically, each and every allegation contained therein.

11      97.    Responding to Paragraph 97 of the SAC, Defendants deny all and singular,

12  generally and specifically, each and every allegation contained therein.

13  **V.**    <u>**CLAIMS FOR RELIEF**</u>

14  <div align="center"><u>**FIRST CLAIM FOR RELIEF**</u></div>

15  <div align="center">**UNLAWFUL SEIZURE, AND AIDING AND ABETTING – 42 U.S.C. § 1983**</div>

16  <div align="center">**Against All Individual Defendants**</div>

17      98.    Responding to Paragraph 98 of the SAC, Defendants deny all and singular,

18  generally and specifically, each and every allegation contained therein.

19      99.    Responding to Paragraph 99 of the SAC, Defendants deny all and singular,

20  generally and specifically, each and every allegation contained therein.

21      100.    Responding to Paragraph 100 of the SAC, Defendants deny all and singular,

22  generally and specifically, each and every allegation contained therein.

23      101.    Responding to Paragraph 101 of the SAC, Defendants deny all and singular,

24  generally and specifically, each and every allegation contained therein.

25      102.    Responding to Paragraph 102 of the SAC, Defendants deny all and singular,

26  generally and specifically, each and every allegation contained therein.

27      103.    Responding to Paragraph 103 of the SAC, Defendants deny all and singular,

28  generally and specifically, each and every allegation contained therein.

<div align="left">Selman Breitman LLP<br>ATTORNEYS AT LAW</div>

1

2 <center>**SECOND CLAIM FOR RELIEF**</center>

3 <center>**EXCESSIVE FORCE, AND AIDING AND ABETTING – 42 U.S.C. § 1983**</center>

4 <center>**Against All Individual Defendants**</center>

5       104.    Responding to Paragraph 104 of the SAC, Defendants deny all and singular,

6 generally and specifically, each and every allegation contained therein.  Defendants also

7 incorporate by reference their responses to the preceding paragraphs and allegations to the same

8 extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

9       105.    Responding to Paragraph 105 of the SAC, Defendants deny all and singular,

10 generally and specifically, each and every allegation contained therein.

11       106.    Responding to Paragraph 106 of the SAC, Defendants deny all and singular,

12 generally and specifically, each and every allegation contained therein.

13       107.    Responding to Paragraph 107 of the SAC, Defendants deny all and singular,

14 generally and specifically, each and every allegation contained therein.

15       108.    Responding to Paragraph 108 of the SAC, Defendants deny all and singular,

16 generally and specifically, each and every allegation contained therein.

17 <center>**THIRD CLAIM FOR RELIEF**</center>

18 <center>**UNLAWFUL SEARCH, AND AIDING AND ABETTING – 42 U.S.C. § 1983**</center>

19 <center>**Against All Individual Defendants**</center>

20       109.    Responding to Paragraph 109 of the SAC, Defendants deny all and singular,

21 generally and specifically, each and every allegation contained therein.  Defendants also

22 incorporate by reference their responses to the preceding paragraphs and allegations to the same

23 extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

24       110.    Responding to Paragraph 110 of the SAC, Defendants deny all and singular,

25 generally and specifically, each and every allegation contained therein.

26       111.    Responding to Paragraph 111 of the SAC, Defendants deny all and singular,

27 generally and specifically, each and every allegation contained therein.

28       112.    Responding to Paragraph 112 of the SAC, Defendants deny all and singular,

<center>12</center>

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

1   generally and specifically, each and every allegation contained therein.

2       113.    Responding to Paragraph 113 of the SAC, Defendants deny all and singular,

3   generally and specifically, each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### FALSE STATEMENTS AND FABRICATION OF EVIDENCE, AND AIDING AND

### ABETTING – 42 U.S.C. § 1983

### Against Defendants ROY STOCKTON, DALTON MCCAMPBEL, AND LISA

### MCDOWELL

9       114.    Responding to Paragraph 114 of the SAC, Defendants deny all and singular,

10  generally and specifically, each and every allegation contained therein.  Defendants also

11  incorporate by reference their responses to the preceding paragraphs and allegations to the same

12  extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

13      115.    Responding to Paragraph 115 of the SAC, Defendants deny all and singular,

14  generally and specifically, each and every allegation contained therein.

15      116.    Responding to Paragraph 116 of the SAC, Defendants deny all and singular,

16  generally and specifically, each and every allegation contained therein.

17      117.    Responding to Paragraph 117 of the SAC, Defendants deny all and singular,

18  generally and specifically, each and every allegation contained therein.

19      118.    Responding to Paragraph 118 of the SAC, Defendants deny all and singular,

20  generally and specifically, each and every allegation contained therein.

## FIFTH CLAIM FOR RELIEF

### VIOLATION OF EQUAL PROTECTION, AND AIDING AND ABETTING –

### 42 U.S.C. § 1983

### Against All Individual Defendants

25      119.    Responding to Paragraph 119 of the SAC, Defendants deny all and singular,

26  generally and specifically, each and every allegation contained therein.  Defendants also

27  incorporate by reference their responses to the preceding paragraphs and allegations to the same

28  extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

Selman Breitman LLP
ATTORNEYS AT LAW

1      120.    Responding to Paragraph 120 of the SAC, Defendants deny all and singular,

2  generally and specifically, each and every allegation contained therein.

3      121.    Responding to Paragraph 121 of the SAC, Defendants deny all and singular,

4  generally and specifically, each and every allegation contained therein.

5      122.    Responding to Paragraph 122 of the SAC, Defendants deny all and singular,

6  generally and specifically, each and every allegation contained therein.

7      123.    Responding to Paragraph 123 of the SAC, Defendants deny all and singular,

8  generally and specifically, each and every allegation contained therein.

9      124.    Responding to Paragraph 124 of the SAC, Defendants deny all and singular,

10  generally and specifically, each and every allegation contained therein.

11      125.    Responding to Paragraph 125 of the SAC, Defendants deny all and singular,

12  generally and specifically, each and every allegation contained therein.

<div align="center">

### SIXTH CLAIM FOR RELIEF

**VIOLATION OF TOM BANE CIVIL RIGHTS ACT, AND AIDING AND ABETTING –**

**CAL. CIV. CODE § 52.1**

**Against All Defendants**

</div>

17      126.    Responding to Paragraph 126 of the SAC, Defendants deny all and singular,

18  generally and specifically, each and every allegation contained therein.  Defendants also

19  incorporate by reference their responses to the preceding paragraphs and allegations to the same

20  extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

21      127.    Responding to Paragraph 127 of the SAC, Defendants deny all and singular,

22  generally and specifically, each and every allegation contained therein.

23      128.    Responding to Paragraph 128 of the SAC, Defendants deny all and singular,

24  generally and specifically, each and every allegation contained therein.

25      129.    Responding to Paragraph 129 of the SAC, Defendants deny all and singular,

26  generally and specifically, each and every allegation contained therein.

27      130.    Responding to Paragraph 130 of the SAC, Defendants deny all and singular,

28  generally and specifically, each and every allegation contained therein.

*Selman Breitman LLP*
*ATTORNEYS AT LAW*

4868-7727-4626

131. Responding to Paragraph 131 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

132. Responding to Paragraph 132 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

133. Responding to Paragraph 133 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

134. Responding to Paragraph 134 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

135. Responding to Paragraph 135 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

**VIOLATION OF RALPH CIVIL RIGHTS ACT, AND AIDING AND ABETTING –**

**CAL. CIV. CODE § 51.7**

**Against All Defendants**

136. Responding to Paragraph 136 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.  Defendants also incorporate by reference their responses to the preceding paragraphs and allegations to the same extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

137. Responding to Paragraph 137 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

138. Responding to Paragraph 138 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

139. Responding to Paragraph 139 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

140. Responding to paragraph 140 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

141. Responding to Paragraph 141 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

142.    Responding to Paragraph 142 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

143.    Responding to Paragraph 143 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny allegations related to the City of Dixon or the Dixon Police Department and, on that basis, deny all and singular, generally and specifically, each and every of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and singular, generally and specifically, each and every remaining allegation in this paragraph.

## EIGHTH CLAIM FOR RELIEF

### CAL. GOV. CODE § 815.6, AND AIDING AND ABETTING

### Against All Defendants

144.    Responding to Paragraph 144 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.  Defendants also incorporate by reference their responses to the preceding paragraphs and allegations to the same extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

145.    Responding to Paragraph 145 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

146.    Responding to Paragraph 146 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

147.    Responding to Paragraph 147 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

148.    Responding to Paragraph 148 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

149.    Responding to Paragraph 149 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

150.    Responding to Paragraph 150 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

## NINTH CLAIM FOR RELIEF

### FALSE IMPRISONMENT, AND AIDING AND ABETTING

SOLANO COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
2:21-cv-01473-KJM-JDP

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

1   **Against All Defendants**

2       151.   Responding to Paragraph 151 of the SAC, Defendants deny all and singular,

3   generally and specifically, each and every allegation contained therein.  Defendants also

4   incorporate by reference their responses to the preceding paragraphs and allegations to the same

5   extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

6       152.   Responding to Paragraph 152 of the SAC, Defendants deny all and singular,

7   generally and specifically, each and every allegation contained therein.

8       153.   Responding to Paragraph 153 of the SAC, Defendants deny all and singular,

9   generally and specifically, each and every allegation contained therein.

10      154.   Responding to Paragraph 154 of the SAC, Defendants deny all and singular,

11  generally and specifically, each and every allegation contained therein.

12      155.   Responding to Paragraph 155 of the SAC, Defendants deny all and singular,

13  generally and specifically, each and every allegation contained therein.

14      156.   Responding to Paragraph 156 of the SAC, Defendants lack sufficient knowledge

15  or belief to admit or deny allegations related to the City of Dixon or the Dixon Police

16  Department and, on that basis, deny all and singular, generally and specifically, each and every

17  of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and

18  singular, generally and specifically, each and every remaining allegation in this paragraph.

19  **TENTH CLAIM FOR RELIEF**

20  **ASSAULT & BATTERY, AND AIDING AND ABETTING**

21  **Against All Defendants**

22      157.   Responding to Paragraph 157 of the SAC, Defendants deny all and singular,

23  generally and specifically, each and every allegation contained therein.  Defendants also

24  incorporate by reference their responses to the preceding paragraphs and allegations to the same

25  extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

26      158.   Responding to Paragraph 158 of the SAC, Defendants deny all and singular,

27  generally and specifically, each and every allegation contained therein.

28      159.   Responding to Paragraph 159 of the SAC, Defendants deny all and singular,

Selman Breitman LLP
ATTORNEYS AT LAW

17

4868-7727-4626

1   generally and specifically, each and every allegation contained therein.

2      160.    Responding to Paragraph 160, Defendants deny all and singular, generally and

3   specifically, each and every allegation contained therein.

4      161.    Responding to Paragraph 161, Defendants deny all and singular, generally and

5   specifically, each and every allegation contained therein.

6      162.    Responding to Paragraph 162 of the SAC, Defendants deny all and singular,

7   generally and specifically, each and every allegation contained therein.

8      163.    Responding to paragraph 163 of the SAC, Defendants deny all and singular,

9   generally and specifically, each and every allegation contained therein.

10     164.    Responding to Paragraph 164 of the SAC, Defendants lack sufficient knowledge

11  or belief to admit or deny allegations related to the City of Dixon or the Dixon Police

12  Department and, on that basis, deny all and singular, generally and specifically, each and every

13  of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and

14  singular, generally and specifically, each and every remaining allegation in this paragraph.

15               **ELEVENTH CLAIM FOR RELIEF**

16  **INTENTIONAL INFLICTION OF EMOTIONA DISTRESS, AND AIDING AND**

17                    **ABETTING**

18               **Against All Defendants**

19     165.    Responding to Paragraph 165 of the SAC, Defendants deny all and singular,

20  generally and specifically, each and every allegation contained therein.  Defendants also

21  incorporate by reference their responses to the preceding paragraphs and allegations to the same

22  extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

23     166.    Responding to Paragraph 166 of the SAC, Defendants deny all and singular,

24  generally and specifically, each and every allegation contained therein.

25     167.    Responding to Paragraph 167 of the SAC, Defendants deny all and singular,

26  generally and specifically, each and every allegation contained therein.

27     168.    Responding to Paragraph 168 of the SAC, Defendants deny all and singular,

28  generally and specifically, each and every allegation contained therein.

169.   Responding to Paragraph 169 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

170.   Responding to Paragraph 170 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

171.   Responding to Paragraph 171 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny allegations related to the City of Dixon or the Dixon Police Department and, on that basis, deny all and singular, generally and specifically, each and every of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and singular, generally and specifically, each and every remaining allegation in this paragraph.

## TWELFTH CLAIM FOR RELIEF

### NEGLIGENCE PER SE

#### Against All Defendants

172.   Responding to Paragraph 172 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.  Defendants also incorporate by reference their responses to the preceding paragraphs and allegations to the same extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

173.   Responding to Paragraph 173 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

174.   Responding to Paragraph 174 of the Sac, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

175.   Responding to Paragraph 175 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

176.   Responding to Paragraph 176 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

177.   Responding to Paragraph 177 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

178.   Responding to Paragraph 178 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

179.    Responding to Paragraph 179 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

180.    Responding to Paragraph 180 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

181.    Responding to Paragraph 181 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

182.    Responding to Paragraph 182 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

183.    Responding to Paragraph 183 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

184.    Responding to Paragraph 184 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

185.    Responding to Paragraph 185 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

186.    Responding to Paragraph 186 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

187.    Responding to Paragraph 187 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny allegations related to the City of Dixon or the Dixon Police Department and, on that basis, deny all and singular, generally and specifically, each and every of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and singular, generally and specifically, each and every remaining allegation in this paragraph.

**THIRTEENTH CLAIM FOR RELIEF**

**NEGLIGENCE (MALICE AND OPPRESSION)**

**Against All Defendants**

188.    Responding to Paragraph 188 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.  Defendants also incorporate by reference their responses to the preceding paragraphs and allegations to the same extent Plaintiffs' preceding paragraphs and allegations are incorporated by reference.

20

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

189.     Responding to Paragraph 189 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

190.     Responding to Paragraph 190 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

191.     Responding to Paragraph 191, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

192.     Responding to Paragraph 192 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

193.     Responding to Paragraph 193 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

194.     Responding to Paragraph 194 of the SAC, Defendants deny all and singular, generally and specifically, each and every allegation contained therein.

195.     Responding to Paragraph 195 of the SAC, Defendants lack sufficient knowledge or belief to admit or deny allegations related to the City of Dixon or the Dixon Police Department and, on that basis, deny all and singular, generally and specifically, each and every of those allegations.  As to the remaining allegations in this paragraph, Defendants deny all and singular, generally and specifically, each and every remaining allegation in this paragraph.

## VI.     PRAYER FOR RELIEF AND JURY DEMAND

Defendants deny every allegation contained in Plaintiffs' Prayer for Relief, paragraphs (1) through (10), and each of them, and denies that Plaintiffs have been injured in any way whatsoever.  Defendants further deny that Plaintiffs are entitled to the relief requested in their prayers for relief, paragraphs (1) through (10), and each of them, or that Plaintiffs are entitled to relief of any kind whatsoever.

Defendants, without admitting its propriety, hereby acknowledge Plaintiffs' Demand for Jury as to all claims for which a jury is permitted.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

Defendants assert the following affirmative and additional defenses to the SAC, but do

21

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

not assume the burden of proof of any such defenses, except as provided by law.

**FIRST AFFIRMATIVE DEFENSE**

1.       The SAC, and each claim for relief contained therein, fails to state a claim upon which relief can be granted against Defendants, and otherwise fails to adequately articulate or plead a claim under 42 U.S.C. § 1983, Cal. Civ. Code § 52.1, any statutory or common law, or any other plausible claim for relief.

**SECOND AFFIRMATIVE DEFENSE**

2.       Plaintiffs lack standing to assert the claims made or to seek the relief requested in the SAC.  Further, Plaintiffs Nakia Porter and Clifton Powell have not made a sufficient showing to bring claims on behalf of the minor Plaintiffs.

**THIRD AFFIRMATIVE DEFENSE**

3.       Plaintiffs' claims in the SAC are barred, in whole or in part, by the applicable statutes of limitation.

**FOURTH AFFIRMATIVE DEFENSE**

4.       Plaintiffs have not suffered any damages as a result of any actions taken by Defendants or their employees or agents, or any inaction on the part of Defendants or their employees or agents, and Plaintiffs are thus barred from asserting any claim for relief against Defendants.

**FIFTH AFFIRMATIVE DEFENSE**

5.       Plaintiffs cannot establish an injury-in-fact or the probability of a future injury, a causal connection between any purported injury-in-fact and the challenged action or inaction of Defendants, or that any purported injury would be redressed by a favorable decision.

**SIXTH AFFIRMATIVE DEFENSE**

6.       None of the acts or omissions alleged by Plaintiffs in the SAC are or were an actual or proximate cause of a deprivation of Plaintiffs' rights.

**SEVENTH AFFIRMATIVE DEFENSE**

7.       The acts complained of by Plaintiffs in the SAC were provoked by Plaintiffs' unlawful and wrongful conduct.

22

4868-7727-4626

1

**EIGHTH AFFIRMATIVE DEFENSE**

2         8.     Plaintiffs' alleged damages, if any, were caused by circumstances and conduct

3  other than that which is alleged in the SAC.

4

**NINTH AFFIRMATIVE DEFENSE**

5         9.     The acts or omissions complained of in the SAC were consented to by Plaintiffs

6  and, therefore, Plaintiffs cannot complain of the damages alleged in the complaint.

7

**TENTH AFFIRMATIVE DEFENSE**

8        10.    Any act or omission, including any seizure, detention, or search alleged by

9  Plaintiffs was done in good faith and with a reasonable belief that such actions were justified,

10  proper and lawful, and was affected pursuant to a good faith belief in, as well as the existence of,

11  sufficient probable cause.  Further, Defendants contend that the injuries and damages, if any

12  there were, allegedly inflicted upon Plaintiffs by any defendant were justified and resulted from a

13  lawful detention and/or lawful exercise of a search and seizure.

14

**ELEVENTH AFFIRMATIVE DEFENSE**

15        11.    Plaintiffs are not entitled to recovery under the Fourth, Fifth, or Fourteenth

16  Amendments to the United States Constitution.

17

**TWELFTH AFFIRMATIVE DEFENSE**

18        12.    The alleged actions by Defendants, including training, supervising, instructing,

19  controlling, and disciplining of police officers, were done in the good faith belief that the actions

20  of all Defendants were constitutional and that such belief was reasonable under the

21  circumstances.

22

**THIRTEENTH AFFIRMATIVE DEFENSE**

23        13.    The acts, statements, and conduct alleged to have been done by Defendants,

24  relating to or affecting the Plaintiffs, are privileged and the claims alleged in the complaint are

25  barred by the doctrines of both statutory and common law absolute and qualified immunities.

26  Defendants accordingly allege that all actions taken were undertaken in good faith and with

27  reasonable belief that said actions were valid, necessary, and constitutionally proper.

28  Additionally, Plaintiffs' claims are barred by other immunities applicable to government

Selman Breitman LLP
ATTORNEYS AT LAW

4868-7727-4626

agencies and their employees under California law, including but not limited to Sections 815, 815.2, 815.6, 818.2, 818.8, 820, 820.2, 820.4, 820.6, 820.8, 821, 821.6, 822.2, 844.6, 845.2, 845.6, and/or 855.8 of the California Government Code.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. Plaintiffs had, and continues to have, the ability and opportunity to mitigate their alleged damages, if any there were, and have failed and refused to mitigate such alleged damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

15. Plaintiffs, by virtue of having been the sole or major contributing factor giving rise to the alleged losses of which plaintiff now complains, are guilty of unclean hands and, therefore, Plaintiffs are barred from seeking relief sought here by the Doctrine of Unclean Hands, as well as the principle of *In Pare Delicto*.

### SIXTEENTH AFFIRMATIVE DEFENSE

16. The SAC, and each of the claims for relief contained therein, is barred by the equitable Doctrine of Waiver.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17. The SAC, and each of the claims for relief contained therein, is barred by the equitable Doctrine of Laches.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18. The SAC, and each of the claims for relief contained therein, is barred by the equitable Doctrine of Estoppel.

### NINTEENTH AFFIRMATIVE DEFENSE

19. To the extent Plaintiffs' action herein is for alleged personal injury based upon principles of comparative fault, pursuant to the provisions of California Civil Code § 1431, *et seq.*, Defendants' liability, if any, for non-economic damages, if any, shall be several only and shall not be joint. Defendants request a judicial determination of the amount of non-economic damages, if any, allocated to each of them in direct proportion to their individual percentage of fault, if any, and a separate judgment in conformance therewith.

1

**TWENTIETH AFFIRMATIVE DEFENSE**

2

20.    The SAC, and each of the claims for relief contained therein, fails to state facts

3

sufficient to support an award of statutory damages, attorneys' fees, costs, and/or expenses

4

against Defendants.

5

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

6

21.    It is against the public policy for a plaintiff to profit from their own wrongs by

7

recovering any sums whatever from Defendants.  Consequently, Plaintiffs are precluded from

8

any recovery as to any cause of action stated in the SAC.

9

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

10

22.    The imposition of statutory minimum damages in this matter would violate

11

Defendants' Eighth Amendment protection against excessive fines in violation of United States

12

Constitution, and the California Constitution.

13

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

14

23.    The damages sought by Plaintiffs do not constitute recoverable damages against

15

Defendants.

16

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

17

24.    To the extent Plaintiffs' SAC, and any claims for relief therein for civil rights

18

violations, are based on a theory of *respondeat superior* against Defendants, they are immune

19

from liability.

20

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

21

25.    If cause was legally necessary for the alleged actions by Defendants, if any,

22

alleged in Plaintiffs' SAC, all of which Defendants deny, such cause existed.

23

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

24

26.    Plaintiffs failed to comply with and/or are barred from any recovery for any state

25

cause of action by the California Tort Claims Act, codified in Government Code §800, *et seq*.,

26

specifically, but not limited to, §§815, 815.2(b), 815.4, 815.6, 818, 818.2, 818.8, 820(b), 820.2,

27

820.4, 820.6, 820.8, 821, 821.6, 821.8 844.6 and 845.6, as well as California Government Code

28

§900, *et seq*., specifically, but not limited to, §§905.2, 910, 910.2, 911.2, 911.4, 915, 935, 945.4,

25

and 945.6.

## RESERVATION OF AFFIRMATIVE DEFENSES

27.     Defendants reserve the right to raise and assert additional defenses that may be applicable to the claims raised by Plaintiffs' SAC.


WHEREFORE, Defendants pray as follows:

1.     The SAC be dismissed with prejudice and Plaintiffs takes nothing by way of said pleading;

2.     That judgment be entered in favor of Defendants, and against Plaintiffs;

3.     That Defendants recover their costs of suit, including reasonable expenses, expert witness fees, and attorneys' fees pursuant to 42 U.S.C. § 1988, and any other applicable statute; and

4.     That this Court award to Defendants such other and further relief that it may deem proper.


DATED:  January 21, 2022                    SELMAN BREITMAN LLP


By: */s/ Danielle K. Lewis*_____
　　　DANIELLE K. LEWIS
　　　MICHAEL O. ZITANI
　　　Attorneys for Defendants
　　　COUNTY OF SOLANO, SOLANO
　　　COUNTY SHERIFF'S OFFICE,
　　　SHERIFF THOMAS A. FERRARA,
　　　DALTON MCCAMPBELL, LISA
　　　MCDOWELL, ROY STOCKTON,
　　　CONNOR HAMILTON and CHRIS
　　　CARTER

Selman Breitman LLP
ATTORNEYS AT LAW

SOLANO COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
2:21-cv-01473-KJM-JDP

4868-7727-4626