**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS A. FERRARA, in his official capacity as Sheriff of Solano County; DEPUTY DALTON MCCAMPBELL, an individual; DEPUTY LISA MCDOWELL, an individual; SERGEANT ROY STOCKTON, an individual; DEPUTY CONNOR HAMILTON, an individual; DEPUTY CHRIS CARTER, an individual; CITY OF DIXON; DIXON POLICE DEPARTMENT; DIXON POLICE CHIEF ROBERT THOMPSON, in his official capacity as Dixon Chief of Police; OFFICER GABRIEL HOLLINGSHEAD, an individual, OFFICER AARON WILLIAMS, an individual, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**ORDER GRANTING PLAINTIFFS NAKIA V. PORTER AND CLIFTON POWELL'S APPLICATION FOR ORDER GRANTING LEAVE TO MAINTAIN ACTION ON BEHALF OF MINOR CHILDREN WITHOUT THE APPOINTMENT OF A GUARDIAN AD LITEM OR OTHER REPRESENTATIVE**<br><br>Hon. Kimberly J. Mueller<br>United States District Judge |

The court has considered the Application brought by Plaintiffs Nakia V. Porter and Clifton Powell for an order granting them leave to continue maintaining this action on behalf of their minor children without the appointment of a guardian ad litem or other representative, along with the Declarations of Nakia V. Porter, Clifton Powell, and Yasin Almadani submitted in support of said Application. The court also recognizes that this Application is not opposed by Defendants as confirmed by their respective counsel in court on May 27, 2022. The court finds and HEREBY ORDERS as follows:

1. Nakia V. Porter is the biological and lawful mother of L.P. and A.P, both minor children.

2. Mr. Powell is the biological and lawful father of O.P., a minor child.

3. Ms. Porter and Mr. Powell are fully competent and qualified to understand and protect the rights of their respective children, they have committed to safeguard the interests of their children in this action, and their interests are aligned with those of their children.

4. Ms. Porter and Mr. Powell have retained counsel to pursue the claims of their respective children against Defendants in this action, and the information required under Local Rule 202(c) regarding counsel has been disclosed to the court's satisfaction.

5. Therefore, having found that Ms. Porter and Mr. Powell's request meets the requirements of Rule 17(c) of the Federal Rules of Civil Procedure and Local Rule 202(a)(3), the Application is GRANTED. Plaintiffs Nakia V. Porter and Clifton Powell are permitted to continue maintaining this action on behalf of their respective minor children without the appointment of a guardian ad litem or other representative.

**SO ORDERED**

DATED: June 29, 2022.

CHIEF UNITED STATES DISTRICT JUDGE