UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. Porter, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTY OF SOLANO, *et al.*,<br><br>     Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**ORDER**<br><br>Action Filed:   August 18, 2021<br><br>Hon. Kimberly J. Mueller<br>United States District Judge |

      THIS MATTER CAME BEFORE THE COURT on the parties' stipulation to extend case deadlines. Having fully considered the record and finding good cause to GRANT the request in the stipulation, the Court hereby ORDERS as follows:

1. Fact discovery shall be completed by August 25, 2023;
2. Expert disclosures shall be completed by September 11, 2023;
3. Rebuttal expert witnesses shall be exchanged by October 9, 2023;
4. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by October 13, 2023; and
5. The settlement conference deadline is extended to September 1, 2023. The parties shall contact the courtroom deputy for Magistrate Judge Jeremy D. Peterson to reschedule a date for settlement conference.

IT IS SO ORDERED.

Dated: January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE