Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Ste. 1100
Newport Beach, CA 92660
Tel.: (949) 877-7177
Fax: (949) 877-8757
E-Mail: yma@LawAlm.com

AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
4343 Von Karman Ave, Suite 250
Newport Beach, CA 92660
Ph.:   949-260-1240
Fax:   949-260-1280
E-Mail: aibrahim@ailawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. Porter, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SOLANO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**NOTICE OF SUBMISSION OF UPDATED CONFIDENTIAL SETTLEMENT STATEMENT AND WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)**<br><br>Action Filed:   August 18, 2021<br><br>Settlement Conference: September 12, 2023<br><br>Hon. Kimberly J. Mueller<br>United States District Judge<br><br>Hon. Jeremy D. Peterson<br>United States Magistrate Judge |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on August 29, 2023, Plaintiffs Nakia V. Porter, Joe Berry Powell, Jr., and minors L.P., A.P, and O.P. submitted to chambers of the Honorable Jeremy D. Peterson their Updated Confidential Settlement Conference Statement for the Settlement Conference scheduled for September 12, 2023, at 10:00 a.m.

Pursuant to Local Rule 270(b), Plaintiffs hereby waive any claim of disqualification and agree to have the settlement conference conducted by Magistrate Judge Peterson.

Dated: August 29, 2023

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

Ahmed Ibrahim, Esq.
AI LAW, PC

4695 MacArthur Ct., Suite 1100
Newport Beach, California 92660
Telephone:   (949) 877-7177
E-Mail:      yma@LawAlm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of the filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 29, 2023                             AI LAW, PC

 /s/ Yasin M. Almadani
Yasin M. Almadani

*Attorneys for Plaintiffs*