UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SOLANO; SOLANO COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS A. FERRARA, in his official capacity as Sheriff of Solano County; DEPUTY DALTON MCCAMPBELL, an individual; DEPUTY LISA MCDOWELL, an individual; SERGEANT ROY STOCKTON, an individual; DEPUTY CONNOR HAMILTON, an individual; DEPUTY CHRIS CARTER, an individual; CITY OF DIXON; DIXON POLICE DEPARTMENT; DIXON POLICE CHIEF ROBERT THOMPSON, in his official capacity as Dixon Chief of Police; OFFICER GABRIEL HOLLINGSHEAD, an individual, OFFICER AARON WILLIAMS, an individual, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:21-CV-01473-KJM-JDP <br><br> **ORDER EXTENDING CASE DEADLINES** <br><br> Hon. Kimberly J. Mueller <br> Chief United States District Judge |

THIS MATTER CAME BEFORE THE COURT on the parties' Third Stipulation to Extend Case Deadlines. Having fully considered the record and finding good cause to GRANT the request in the stipulation, the Court hereby ORDERS as follows:

1. Fact discovery shall be completed by February 22, 2024;

2. Initial expert witness disclosures and reports shall be completed and exchanged by March 11, 2024;

3. Rebuttal expert witness disclosures and reports shall be completed and exchanged by April 8, 2024;

4. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by April 10, 2024, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a); and

The parties are cautioned no further extensions will be granted absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

DATED: November 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE