UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nakia v. Porter, et al., | No. 2:21-cv-01473-KJM-JDP |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Solano, et al., | |
| Defendants. | |

Each of the parties in the above-captioned case have consented to the jurisdiction of Magistrate Judge Jeremy Peterson to decide plaintiffs' motion for approval of settlement of minors' claims against City of Dixon defendants. Not., ECF No. 89; *see also* 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends the above-captioned case be reassigned and referred to the magistrate judge for the approval of settlement motion and not for any other proceeding in this case.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Jeremy Peterson solely for the approval of the settlement motion.

/////

/////

1

1  IT IS SO ORDERED.

2  DATED: December 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for the approval of settlement motion and not for any other proceeding in this case.

DATED: December 21, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE