Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
(949) 877-7177 | YMA@LawAlm.com

Ahmed Ibrahim (Cal. Bar No. 238739)
AI LAW, PLC
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel: (949) 266-1240
Fax: (949) 266-1280
aibrahim@ailawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SOLANO; SOLANO COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS A. FERRARA, in his official capacity as Sheriff of Solano County; DEPUTY DALTON MCCAMPBELL, an individual; DEPUTY LISA MCDOWELL, an individual; SERGEANT ROY STOCKTON, an individual; DEPUTY CONNOR HAMILTON, an individual; DEPUTY CHRIS CARTER, an individual; CITY OF DIXON; DIXON POLICE DEPARTMENT; DIXON POLICE CHIEF ROBERT THOMPSON, in his official capacity as Dixon Chief of Police; OFFICER GABRIEL HOLLINGSHEAD, an individual, OFFICER AARON WILLIAMS, an individual, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:21-CV-01473-KJM-JDP <br><br> **NOTICE OF LODGING SETTLEMENT AGREEMENT WITH CITY OF DIXON DEFENDANTS PURSUANT TO COURT ORDER (ECF NO. 93)** <br><br> Hon. Kimberly J. Mueller <br> United States District Judge |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE THAT pursuant to the Minute Order issued on behalf of Magistrate Judge Jeremy D. Peterson on January 11, 2024 (ECF No. 93), Plaintiffs, by and through their undersigned counsel of record, hereby lodge the Settlement Agreement and Release of All Claims entered into between Plaintiffs and the Dixon Defendants, a true and correct copy of which is attached hereto as Exhibit A.

Dated: January 15, 2024

ALMADANI LAW

/s/ Yasin M. Almadani
Yasin M. Almadani, Esq.

AI LAW, PLC

/s/ Ahmed Ibrahim
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs*