# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SOLANO; SOLANO COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS A. FERRARA, in his official capacity as Sheriff of Solano County; DEPUTY DALTON MCCAMPBELL, an individual; DEPUTY LISA MCDOWELL, an individual; SERGEANT ROY STOCKTON, an individual; DEPUTY CONNOR HAMILTON, an individual; DEPUTY CHRIS CARTER, an individual; CITY OF DIXON; DIXON POLICE DEPARTMENT; DIXON POLICE CHIEF ROBERT THOMPSON, in his official capacity as Dixon Chief of Police; OFFICER GABRIEL HOLLINGSHEAD, an individual, OFFICER AARON WILLIAMS, an individual, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:21-CV-01473-KJM-JDP <br><br> **[PROPOSED]** **ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS AGAINST CITY OF DIXON DEFENDANTS** <br><br> Hon. Kimberly J. Mueller <br> United States District Judge |

The Court has considered the Motion for Approval of Settlement of Minors' Claims Against City of Dixon Defendants brought by Plaintiff Nakia V. Porter on behalf of her daughters L.P. and A.P., both minors, and Clifton Powell on behalf of his daughter O.P., a minor.  The Court hereby GRANTS the motion and HEREBY FINDS AND ORDERS as follows:

1. The settlement is approved for the reasons stated on the record.  The Court finds that Ms. Porter and Mr. Powell have established that the requirements of Local Rule 202(b) have been met, and concludes that the settlement described in the motion between L.P., A.P., and O.P., on the one hand, and Defendants City of Dixon, Dixon Police Department, Gabriel Hollingshead, and Aaron Williams, on the other hand, is fair, reasonable, and serves the best interests of L.P., A.P., and O.P.

IT IS SO ORDERED.

Dated:    January 24, 2024                              _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE