1  DANIELLE K. LEWIS (SBN 218274)
   dlewis@hpylaw.com
2  MILES F. MAURINO (SBN 319377)
   mmaurino@hpylaw.com
3  HAWKINS PARNELL & YOUNG LLP
   33 New Montgomery, Suite 800
4  San Francisco, CA 94105-4537
   Telephone: 415.766.3200
5  Facsimile: 415.766.3250

6

7  Attorneys for Defendants
   COUNTY OF SOLANO (erroneously sued as SOLANO
   COUNTY SHERIFF'S OFFICE), SHERIFF THOMAS A.
8  FERRARA, DALTON MCCAMPBELL, LISA
   MCDOWELL ROY STOCKTON, CONNOR HAMILTON,
9  and CHRIS CARTER

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12 NAKIA V. PORTER, an individual on her        Case No. 2:21-cv-01473-KJM-JDP
   own behalf and on behalf of her minor
13 children, L.P. and A.P.; JOE BERRY           **STIPULATION AND ORDER FOR**
   POWELL, JR., an individual; and CLIFTON      **PSYCHIATRIC EXAMINATION OF**
14 POWELL, on behalf of his minor child, O.P.,  **PLAINTIFF NAKIA PORTER**

15         Plaintiffs,
                                                Judge:     Hon. Kimberly J. Mueller
16    v.

17 COUNTY OF SOLANO; SOLANO
   COUNTY SHERIFF'S OFFICE; SHERIFF
18 THOMAS A. FERRARA, in his official
   capacity as Sheriff of Solano County;
19 DEPUTY DALTON MCCAMPBELL, an
   individual; DEPUTY LISA MCDOWELL, an
20 individual; SERGEANT ROY STOCKTON,
   an individual; DEPUTY CONNOR
21 HAMILTON, an individual; DEPUTY CHRIS
   CARTER, an individual; CITY OF DIXON;
22 DIXON POLICE DEPARTMENT; DIXON
   POLICE CHIEF ROBERT THOMPSON, in
23 his official capacity as Dixon Chief of Police;
   OFFICER GABRIEL HOLLINGHEAD, an
24 individual, OFFICER AARON WILLIAMS,
   an individual, and DOES 1 to 10, inclusive,
25
           Defendants.
26

27

28

It is hereby stipulated by and between Plaintiffs Nakia Porter, Joseph Berry Powell, and minors A.P., L.P., and O.P., and Defendants County of Solano, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Roy Stockton, Connor Hamilton and Chris Carter ("Solano County Defendants") through their counsel of record, as follows:

1. Plaintiff Nakia Porter will appear for a mental examination pursuant to Federal Rule of Civil Procedure 35, to be conducted by Dr. Alexandra Clarfield, Ph.D. a licensed clinical psychologist (California License Number 25459) on February 20, 2024 at 8:00 a.m. (PST), which will be conducted via Zoom, or a similar video connection platform. Remote access information will be provided in advance of the date of the examination.

2. The examination is expected to last approximately four hours. Plaintiff Nakia Porter will be permitted periodic breaks periodic breaks during the examination. Plaintiff Nakia Porter will also be permitted time for a lunch break. Time used for breaks is not included in calculating the time for the examination.

3. The examination will consist of a clinical interview by Dr. Clarfield, and an administration of standard psychological tests. The psychological testing may include the following: MMPI-2; Rorschach; Clinical Administered PTSD Scale; Beck Depression Inventory; Wexler Memory Scale; Inventory of Problems (IOP) 29. Dr. Clarfield may administer additional tests if the need for them is suggested by her interview with Plaintiff Nakia Porter. However, if any such additional tests are administered, they will not add to the length of the examination and will be standardized, accepted tests. In advance of the examination, Plaintiff Nakia Porter will be provided with an intake form, which he will complete and provide in advance of the examination.

4. No third party(ies), including but not limited to the parties' attorneys of record, will be permitted to present during any portion of the examination.

5. This stipulation will not be deemed to incorporate all of the provisions of Rule 35; specifically, it does not include the rules for exchange of medical or psychological reports and waiver of privilege.

///

6.    The examination will not be recorded by audio or video.

DATED: February 9, 2024

By:  /s/ *Yasin M. Almadani*\*
YASIN M. ALMADANI
AHMED IBRAHIM
Attorneys for Plaintiffs
NAKIA PORTER, JOE BERRY POWELL, JR. and minors L.P., A.P., and O.P.

DATED:  February 9, 2024

HAWKINS PARNELL & YOUNG LLP

By:  /s/ *Danielle K. Lewis*
DANIELLE K. LEWIS
MILES F. MAURINO
Attorneys for Defendants
COUNTY OF SOLANO (erroneously sued as SOLANO COUNTY SHERIFF'S OFFICE), SHERIFF THOMAS A. FERRARA, DALTON MCCAMPBELL, LISA MCDOWELL ROY STOCKTON, CONNOR HAMILTON, and CHRIS CARTER

\* I have authorization from the above-named counsel to e-file this document.

**ORDER**

The parties having stipulated thereto, **IT IS SO ORDERED**.

Dated: February 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE