UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**ORDER EXTENDING CASE DEADLINES <u>IN LIMITED SCOPE</u>**<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge |

THIS MATTER CAME BEFORE THE COURT on the Parties' Fourth Stipulation to Extend Case Deadlines <u>in Limited Scope</u>. Having fully considered the record and finding good cause to GRANT the requests in the stipulation, the Court hereby ORDERS as follows:

1. Fact Discovery Cut-Off for the <u>Limited Outstanding Discovery</u> identified in the Parties' Stipulation shall be completed by April 8, 2024. However, given that the Magistrate Judge's future availability is unknown at this time, matters pending before the Magistrate Judge prior to the discovery cut-off date may be resolved after the discovery cut-off.

2. Initial expert witness disclosures and reports shall be completed and exchanged by May 8, 2024;

3. Rebuttal expert witness disclosures and reports shall be completed and exchanged by June 7, 2024; and

4. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by July 15, 2024, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a). In accordance with the parties' stipulation, oppositions shall be filed by August 12, 2024, and replies shall be filed by August 26, 2024.

**IT IS SO ORDERED.**

DATED: February 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE