| | |
|---|---|
| Danielle K. Lewis (SBN 218274)<br>dlewis@hpylaw.com<br>Miles F. Maurino. (SBN 319377)<br>mmaurino@hpylaw.com<br>HAWKINS PARNELL & YOUNG, LLP<br>33 New Montgomery, Suite 800<br>San Francisco, CA 94105<br>Telephone:  (415) 766-3200<br>Facsimile:  (415) 766-3250<br><br>Attorneys for Defendants County of Solano, Solano County Sheriff's Office, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Connor Hamilton, and Chris Carter<br><br>Gregory M. Fox (SBN 70876)<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Telephone: (415) 353-0999<br>Email: gfox@bfesf.com<br>Attorneys for Defendant Roy Stockton | Yasin M. Almadani (Cal. Bar No. 242798)<br>ALMADANI LAW<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel:  (949) 877-7177<br>Fax:  (949) 877-8757<br>YMA@LawAlm.com<br><br>Ahmed Ibrahim (Cal. Bar No. 238739)<br>AI LAW, PLC<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel:  (949) 266-1240<br>Fax:  (949) 266-1280<br>aibrahim@ailawfirm.com<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge |

Plaintiffs Nakia Porter, on behalf of herself and her minor children, L.P. and A.P., Joe Berry Powell, Jr., and Clifton Powell, on behalf of his minor child O.P., (collectively "Plaintiffs") by and through their counsel of record, Yasin M. Almadani and Ahmed Ibrahim, Defendants County of Solano, Solano County Sheriff's Office, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Connor Hamilton, and Chris Carter, by and through their counsel of record, Danielle K. Lewis, and Defendant Roy Stockton, by and through his counsel of record, Gregory M. Fox, (collectively together

"Defendants") hereby stipulate to modify the current briefing schedule for Plaintiffs' Motion for Leave to File Third Amended Complaint.

Plaintiffs' Motion for Leave to File Third Amended Complaint was filed on April 26, 2024. Pursuant to Eastern District Local Rule 230(c), Defendants' Opposition is due on May 10, 2024. Plaintiffs' reply thereto would be due on May 20, 2024. (E.D. Local Rule 230(d)) Counsel for the parties have met and conferred and agreed that a modification of the briefing schedule is necessary.

The parties hereby stipulate that:

Defendants' Oppositions to Plaintiffs' Motion for Leave to File Third Amended Complaint will be filed no later than **May 24, 2024**;

Plaintiffs' reply thereto will be filed no later than **June 7, 2024**.

This request is based on the following facts demonstrating good cause.

1. Counsel for Defendant Roy Stockton, Gregory Fox, is presently out of the country on a pre-planned trip, which began on April 27, 2024. Mr. Fox does not return to the United States until May 17, 2024. Given the current opposition deadline of May 10, 2024, Mr. Fox is unavailable for the entirety of the time provided to file an opposition on behalf of Defendant Roy Stockton. Defendant Roy Stockton will be unable to have an opposition to Plaintiffs' Motion filed on his behalf.

2. Defendants believe additional time for filing an Opposition is also warranted given the extensive nature of the modifications sought in the proposed Third Amended Complaint and the information offered in support of Plaintiffs' Motion. Plaintiffs do not agree with this assertion and maintain that Defendants were on notice that the proposed amendments would be made if discovery supported them, which it did, despite Defendants attempting to obstruct discovery on issues informing *Monell* liability. Plaintiffs are agreeing to this stipulation solely out of professional courtesy.

3. In return for their professional courtesy, Plaintiffs request an additional week to file their reply to each opposition, because between May 24 and June 7, Plaintiff's counsel, Mr. Almadani, has personal commitments, including a potential medical procedure, and Plaintiff's counsel Mr. Ibrahim must prepare for an extended trip that will commence on June 7.

4. This Stipulation addresses only the briefing schedule on Plaintiffs' Motion and thus, by

entering into this Stipulation, Plaintiffs do not concede that it would be proper for Defendant Roy Stockton to file an Opposition to Plaintiffs' Motion, or that he would have standing to do so.

5. The hearing on Plaintiffs' Motion is set for July 12, 2024 at 10:00 a.m. The proposed modification to the briefing schedule will not impact this hearing date.

6. This stipulation does not seek to modify any other case deadlines.

7. No trial date has been set.

8. This stipulation is being filed in good faith and not for purposes of delay.

9. The Parties submit that the foregoing demonstrates good cause to grant the request in this Stipulation.

IT IS SO STIPULATED

Dated: April 30, 2024         ALMADANI LAW

/s/ Yasin M. Almadani
Yasin M. Almadani, Esq.

AI LAW, PLC

/s/ Ahmed Ibrahim
Ahmed Ibrahim, Esq.

Attorneys for Plaintiffs

Dated: May 1, 2024         HAWKINS PARNELL & YOUNG

/s/ Danielle K. Lewis
Danielle K. Lewis, Esq.
Miles F. Maurino, Esq.

Attorneys for Defendants County of Solano, Solano County Sheriff's Office, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Connor Hamilton, and Chris Carter

Dated: April 30, 2024         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Gregory M. Fox
Gregory M. Fox, Esq.

Attorneys for Defendant Roy Stockton

**FILER'S ATTESTATION**

I hereby attest that I have been authorized by counsel to show their signature on this document as /s/.

DATED:  May 1, 2024

                                                */s/ Danielle K. Lewis*
                                                DANIELLE K. LEWIS

**ORDER**

The foregoing stipulation of the parties is approved, and IT IS SO ORDERED.

Defendants' Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint shall be filed no later than May 24, 2024. Plaintiffs' Reply brief(s) in response to Defendants' Opposition shall be filed no later than June 7, 2024.

DATED: May 7, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE