# EXHIBIT 14

**Remote Videotaped Deposition of:  Roy Dale Stockton**

**Nakia V. Porter vs. County of Solano**

**February 9, 2024**



18881 Von Karman Ave., #1175, Irvine, CA 92612
P: 949.861.8680 | Email: info@kwcourtreporting.com

*"We work twice as hard for you"*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NAKIA V. PORTER, an individual on    )
her own behalf and on behalf of      )
her minor children, L.P. and         )
A.P., et al.,                        )
                                     )  No.
            Plaintiffs,              )  2:21-cv-01473-
                                     )  KJM-JDP
vs.                                  )
                                     )
COUNTY OF SOLANO, et al.,            )
                                     )
            Defendants.              )
                                     )

REMOTE VIDEOTAPED DEPOSITION OF ROY DALE STOCKTON

(Via Zoom Videoconference)

Fairfield, California

February 9, 2024

10:43 a.m. (PST)

REPORTED BY: Robin L. B. Osterode, CSR, RPR
             CA Certified Shorthand Reporter No. 7750
             AZ Certified Reporter No. 50695
             Job No. 121430

1

1    REMOTE VIDEOTAPED DEPOSITION OF ROY DALE STOCKTON
2    commenced at 10:43 a.m. (PST) on February 9, 2024, at
3    Fairfield, California, before Robin L. B. Osterode,
4    CSR, RPR, California Shorthand Reporter No. 7750 and
5    Arizona Certified Reporter No. 50695.
6
7                            * * *
8    APPEARANCES:
9
10       For Plaintiffs:
11           ALMADANI LAW
             By: Yasin M. Almadani
12           4695 MacArthur Court, Suite 1100
             Newport Beach, California 92660
13           (949) 877-7177
             YMA@LawAlm.com
14
             AI LAW, PLC
15           By: Ahmed Ibrahim
             4695 MacArthur Court, Suite 1100
16           Newport Beach, California 92660
             (949) 266-1240
17           aibrahim@ailawfirm.com
18
19       For Defendants:
20           HAWKINS PARNELL & YOUNG
             By: Danielle Lewis
21           33 New Montgomery, Suite 800
             San Francisco, California 94105
22           (415) 979-2073
             dlewis@hpylaw.com
23
24       The Videographer:
25           Bailey Diaz

                              2

1                          I N D E X

2    EXAMINATION BY                                       PAGE

3    Mr. Almadani................................... 7

4

5

6              CONFIDENTIAL PAGES OF THE TRANSCRIPT

7                   (Page 135 - Page 140
                     and Exhibits 61 and 66)
8

9

10                           EXHIBITS

11   EXHIBITS              DESCRIPTION                    PAGE

12   Exhibit 61    Bates stamped document                 119
                   SC0735 (Confidential)
13
     Exhibit 66    Bates stamped documents                133
14                 SC0781 - SC0783 (Confidential)

15   Exhibit 84    Defendant Roy Stockton's                20
                   Responses to Plaintiff Nakia
16                 V. Porter's Interrogatories,
                   Set One; 11 pages
17
     Exhibit 85    Defendant Roy Stockton s               145
18                 Responses to Plaintiff Nakia
                   V. Porter s Requests For
19                 Production, Set One; 8 pages

20   Exhibit 91    California Commission on POST          123
                   training log; 4 pages
21
     Exhibit 92    Bates stamped documents                 62
22                 SC1056 - SC1068

23   Exhibit 104   Axon Body 2 X81425295 body              46
                   camera video
24

25

                                3

1  INDEX (Continued):

2                          EXHIBITS

3  EXHIBITS              DESCRIPTION                PAGE

4  Exhibit 175   Cully Pratt Facebook               150
                 screenshot; 3 pages
5
   Exhibit 176   High Brass Leather website         173
6                screenshot; 1 page

7  Exhibit 177   High Brass Leather Instagram       185
                 screenshot; 1 page
8
   Exhibit 178   High Brass Leather Etsy            188
9                screenshot; 1 page

10 Exhibit 179   Live_free-edc Facebook             189
                 screenshot; 1 page
11
   Exhibit 183   Color photocopy of photograph;     204
12               1 page

13 Exhibit 184   Color photocopy of photographs;    205
                 1 page
14

15                PREVIOUSLY MARKED EXHIBITS

16 EXHIBITS              DESCRIPTION                PAGE

17 Exhibit 9     (Previously identified and         58
                 attached hereto.)
18
   Exhibit 10    (Previously identified and         59
19               attached hereto.)

20 Exhibit 11A   (Previously identified and         97
                 attached hereto.)
21
   Exhibit 101   (Previously identified and         42
22               attached hereto.)

23 Exhibit 103   (Previously identified and         27
                 attached hereto.)
24

25

Roy Dale Stockton - February 9, 2024

1  INDEX (Continued):

2  EXHIBITS

3  PREVIOUSLY MARKED EXHIBITS

4  EXHIBITS          DESCRIPTION                      PAGE

5  Exhibit 151   (Previously identified and           127
6                 attached hereto.)

   Exhibit 157   (Previously identified and           121
7                 attached hereto.)

8  Exhibit 160   (Previously identified and           120
9                 attached hereto.)

   Exhibit 171   (Previously identified and           145
10                attached hereto.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

Roy Dale Stockton - February 9, 2024

```
 1                      Fairfield, California
                                     February 9, 2024
 2                                   10:43 a.m. (PST)

 3

 4             THE VIDEOGRAPHER:  Good morning.  I am

 5     Bailey Diaz, your videographer.  And I represent KW

 6     Court Reporting in Irvine, California.  I am not

 7     financially interested in this action, nor am I a

 8     relative or employee of any attorney or any of the

 9     parties.  The date is February 9th, 2024 and the time

10     is currently 10:43 a.m.

11             This deposition is being -- taking place by

12     videoconference with the parties attending from

13     various locations.  The case number of which is

14     2:21-cv-01473-KJM-JDP, filed in the United States

15     District Court, Eastern District of California

16     entitled Nakia v. Porter, et al., versus County of

17     Solano, et al.

18             This deposition is being taken on behalf of

19     the plaintiff.  This begins media unit number one in

20     the video deposition of Roy Stockton.  Our court

21     reporter is Robin Osterode.

22             Will counsel please give their appearances

23     for the record and whom you represent, after which

24     the court reporter will swear in the witness.

25             MR. ALMADANI:  Yeah, Yasin Almadani,
```

6

KAMRYN I WHITNEY COURT REPORTING
info@kwcourtreporting.com

1  representing plaintiffs and deposing the witness.
2          MR. IBRAHIM:  Good morning.  Ahmed Ibrahim,
3  for plaintiffs.
4          MS. LEWIS:  I'm Danielle Lewis for defendants
5  and for the witness.
6
7              ROY DALE STOCKTON,
8  having been first duly sworn, was examined and
9  testified as follows:
10
11            E X A M I N A T I O N
12  BY MR. ALMADANI:
13      Q.   Sgt. Stockton, can you please give your
14  full name for the record?
15      A.   Yes.  My name is Roy Stockton.  You want my
16  middle name?
17      Q.   Yes, your full name.
18      A.   My middle name is Dale.
19      Q.   And is Roy spelled R-o-y?
20      A.   Correct.
21      Q.   Is that short for anything, or that's just
22  the name, Roy?
23      A.   That's my name.
24      Q.   Okay.  Any aliases?
25      A.   My birth last name was Chenier,

7

Roy Dale Stockton - February 9, 2024

```
 1   discussing your time as a law enforcement officer,
 2   and at the time of the incident with Ms. Porter, her
 3   children, and Mr. Powell, you had about 14 to
 4   15 years' experience as a law enforcement officer,
 5   correct?
 6        A.   Correct.
 7        Q.   You were a sergeant at the time, right?
 8        A.   Yes.
 9        Q.   You were, in fact, the sergeant supervising
10   deputies McDowell and McCampbell at the time,
11   correct?
12        A.   Yes.
13        Q.   And you were the person responsible for
14   reviewing their reports and signing off on them,
15   right?
16        A.   Yes.
17        Q.   Especially in particular with the respect
18   -- with respect to the reports authored in this case
19   concerning Ms. Porter and Mr. Powell, you were the
20   person that was supervising them and signed off on
21   those reports, correct?
22        A.   I don't understand what you mean by "signed
23   off on," can you explain what you mean by that?
24        Q.   Approved the reports.  You approved those
25   reports, correct?
```

26

```
 1        A.    So I approved that they submitted a report.
 2        Q.    Correct.  Did you review the report?
 3        A.    I did.
 4        Q.    Did you ensure it for accuracy?
 5        A.    I ensure it that they have documented the
 6   elements to the crimes that they have alleged
 7   occurred.
 8        Q.    Okay.  And what, if anything, did you do to
 9   ensure that the reports they were submitting were
10   accurate?
11        A.    I read it.
12        Q.    That's it?
13        A.    And watched video.
14        Q.    Okay.  Tell me about what video you
15   watched.
16        A.    I saw a video of, I believe it was Deputy
17   McCampbell had a video from his body.  And then I saw
18   a video from a vehicle.  From, like, the dashcam of
19   the vehicle.
20        Q.    Okay.  So showing you -- give me one
21   minute, please.
22              (Previously marked for identification
23        Exhibit 103.)
24   BY MR. ALMADANI:
25        Q.    Showing you what's been marked as
```

27

```
 1                  Do you see it says "Dalton McCampbell"?
 2        A.    I do.
 3        Q.    And then it says, "Approved by Roy
 4   Stockton," right?
 5        A.    Yes.
 6        Q.    So this is one of the other reports that
 7   you approved, correct?
 8        A.    Yes.
 9              MS. LEWIS:  Is this a different exhibit,
10   Mr. Almadani?
11              MR. ALMADANI:  This is Exhibit 10 now.
12        Q.    I've shown you Exhibits 9 and 10, okay,
13   sir?
14        A.    (No audible response.)
15        Q.    I've showed you Exhibits 9 and 10, okay,
16   sir?
17        A.    Okay.
18        Q.    And these are Deputy McDowell and Deputy
19   McCampbell's reports concerning Ms. Porter and
20   Mr. Powell that you approved, correct?
21        A.    Yes.
22        Q.    And you knew deputies McCampbell and
23   McDowell had testified that they understood that
24   these were going to be submitted to the district
25   attorney's office to request that Ms. Porter be
```

                                60

1   prosecuted.  And you understood that as well,
2   correct, because she had been booked in jail?
3       A.   Yes.
4       Q.   Okay.  And then you had testified earlier
5   that you watched Deputy McCampbell's body cam video,
6   and Deputy McDowell's dashcam video and said what you
7   saw in approving these reports, correct?
8            Do you remember that testimony?
9       A.   I do.
10      Q.   Okay.  I think it's 1:09.  So let's go off
11  the record for a minute here.
12           THE VIDEOGRAPHER:  Okay.  The time is
13  1:09 p.m.  We are going off the record.
14           (Recessed from 1:09 p.m. until 1:50 p.m.)
15           THE VIDEOGRAPHER:  The time is 1:50 p.m.
16  We're back on the record.
17  BY MR. ALMADANI:
18      Q.   Okay.  Sgt. Stockton, I want to remind you
19  that you're still under oath and all the admonitions
20  that I previously gave you still apply, okay?
21      A.   Okay.
22      Q.   All right.  Having watched the body camera
23  footage right now, we watched the entirety of Deputy
24  McCampbell's body camera footage, correct?
25      A.   Yes.

61

```
 1               REPORTER'S CERTIFICATION
 2           I, Robin L. B. Osterode, Certified Shorthand
 3   Reporter in and for the State of California and
 4   Certified Reporter in and for the State of Arizona,
 5   do hereby certify:
 6           That the foregoing witness was by me duly
 7   sworn; that the deposition was then taken before me
 8   at the time and place herein set forth; that the
 9   testimony and proceedings were reported
10   stenographically by me and later transcribed into
11   typewriting under my direction; that the foregoing
12   is a true record of the testimony and proceedings
13   taken at that time.
14           I further certify that pursuant to FRCP
15   Rule 30(e)(1), before completion of the deposition,
16   review of the transcript { x } was {  } was not
17   requested by the deponent or a party.
18           I further certify I am neither financially
19   interested in the action nor a relative or employee
20   of any attorney or party to this action.
21           IN WITNESS WHEREOF, I have subscribed my
22   name on this 28 day of February, 2024.
23
24                    _____
                      ROBIN L. B. OSTERODE, CSR, RPR
                      CA CSR No. 7750
25                    AZ CR No. 50695

                              233
```