Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
(949) 877-7177 | YMA@LawAlm.com

Ahmed Ibrahim (Cal. Bar No. 238739)
AI LAW, PLC
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel:  (949) 266-1240
Fax:  (949) 266-1280
aibrahim@ailawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SOLANO; SOLANO COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS A. FERRARA, in his official capacity as Sheriff of Solano County; DEPUTY DALTON MCCAMPBELL, an individual; DEPUTY LISA MCDOWELL, an individual; SERGEANT ROY STOCKTON, an individual; DEPUTY CONNOR HAMILTON, an individual; DEPUTY CHRIS CARTER, an individual; CITY OF DIXON; DIXON POLICE DEPARTMENT; DIXON POLICE CHIEF ROBERT THOMPSON, in his official capacity as Dixon Chief of Police; OFFICER GABRIEL HOLLINGSHEAD, an individual, OFFICER AARON WILLIAMS, an individual, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:21-CV-01473-KJM-JDP <br><br> **PLAINTIFFS' NOTICE OF LODGING ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE (L.R. 138(l))** <br><br> Hon. Kimberly J. Mueller <br> United States District Judge <br><br> **Hearing Information:** <br> Date:        July 12, 2024 <br> Time:       10:00 a.m. <br> Judge:      Hon. Kimberly J. Mueller <br> Courtroom: 3, 15th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** that pursuant to Local Rule 138(l), Plaintiffs Nakia V. Porter, on behalf of herself and her two daughters, L.P. and A.P., Joe Berry Powell, Jr., and Clifton Powell, on behalf of his daughter, O.P. (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby lodge the following electronic exhibits with the Court:

1. Exhibit 3 to the Declaration of Yasin Almadani in Support of Motion for Sanctions for Spoliation of Evidence ("Almadani Declaration"), which is a true and correct copy of relevant excerpts from the body camera video footage from the body-worn camera of Solano Sheriff's Deputy Dalton McCampbell on the night of August 6, 2020, relating to the incident at issue in this lawsuit.

2. Exhibit 4 to the Almadani Declaration, which is a true and correct copy of relevant excerpts of body camera video footage from the body-worn camera of Solano Sheriff's Sergeant Roy Stockton on the night of August 6, 2020, relating to the incident at issue in this lawsuit.

3. Exhibits 9-1, 9-2, 9-3, 9-4, 9-5, and 9-6 to the Declaration of Yasin Almadani, which are true and correct copies of videos prepared of forensic video and audio expert Jason Fries' forensic analysis of body camera and dash camera videos produced by Defendants this case.

4. Exhibit 12 to the Declaration of Yasin Almadani, which is a true and correct copy of the Rule 26 Expert Report of Professor Peter Simi, Ph.D., Plaintiffs' expert on extremism and white supremacist movements.

The aforementioned exhibits will be delivered to the Court via a USB flash drive.

Dated: May 16, 2024　　　　　　　　　　　ALMADANI LAW

　　　　　　　　　　　　　　　　　　　　　*/s/ Yasin M. Almadani*
　　　　　　　　　　　　　　　　　　　　　Yasin M. Almadani, Esq.

　　　　　　　　　　　　　　　　　　　　　AI LAW, PLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Ahmed Ibrahim*
　　　　　　　　　　　　　　　　　　　　　Ahmed Ibrahim, Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

---

*Plaintiffs' Notice of Lodging Electronic Exhibits iso Motion for Sanctions.*　　　2:21-CV-01473-KJM-JDP