Case 2:21-cv-01473-KJM-JDP   Document 137   Filed 07/11/24   Page 1 of 4

Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel: (949) 877-7177
Fax: (949) 877-8757
YMA@LawAlm.com

Ahmed Ibrahim (Cal. Bar No. 238739)
AI LAW, PLC
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel: (949) 266-1240
Fax: (949) 266-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs

Danielle K. Lewis (SBN 218274)
dlewis@hpylaw.com
Miles F. Maurino. (SBN 319377)
mmaurino@hpylaw.com
HAWKINS PARNELL & YOUNG, LLP
33 New Montgomery, Suite 800
San Francisco, CA 94105
Telephone: (415) 766-3200
Facsimile: (415) 766-3250

Attorneys for Defendants County of Solano, Solano County Sheriff's Office, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Connor Hamilton, and Chris Carter

Gregory M. Fox (SBN 70876)
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Email: gfox@bfesf.com

Attorneys for Defendant Roy Stockton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**JOINT STATUS REPORT PURSUANT TO COURT'S ORDER ON JULY 9, 2024**<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge |

Pursuant to the Court's Order on July 9, 2024, the Parties have met and conferred and file the following joint status report, including: (1) proposed dates for limited fact discovery on *Monell* liability issues, (2) expert disclosures and reports limited to *Monell* liability and (3) a proposed new deadline to file dispositive motions. The Parties make the following requests:

1. Fact discovery limited to *Monell* liability shall be completed by August 30, 2024. However, because the Magistrate Judge's future availability to resolve discovery disputes is unknown at

1

this time, matters pending before the Magistrate Judge prior to this limited fact discovery cut-off concerning this limited fact discovery may be resolved after the cut-off.

    2.    Supplemental expert disclosures related to *Monell* liability shall be completed by September 13, 2024.

    3.    The deadline for dispositive motions to be filed shall be September 20, 2024, with oppositions to be filed by October 18, 2024, and replies to be filed by November 1, 2024. The dispositive motions hearing shall be noticed and set for December 20, 2024.

For the Court's convenience, the proposed schedule is summarized below:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Cut-Off for the Limited *Monell* liability Discovery (Given that the Magistrate Judge's future availability to resolve discovery disputes is unknown at this time, matters pending before the Magistrate Judge prior to the cut-off may be resolved after the cut-off). | N/A | August 30, 2024 |
| Supplemental Expert Disclosure re *Monell* liability | N/A | September 13, 2024 |
| Dispositive Motions Filing Deadline | August 15, 2024 | September 20, 2024 |
| Dispositive Motions Opposition Deadline | Per Local Rules | October 18, 2024 |
| Dispositive Motions Reply Deadline | Per Local Rules | November 1, 2024 |
| Dispositive Motions Hearing Date | | December 20, 2024 |

    4.    No trial date has been set.

    5.    This stipulation is being filed in good faith and not for purposes of delay.

IT IS SO STIPULATED

Dated: July 11, 2024         ALMADANI LAW

/s/ *Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

/s/ *Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

Attorneys for Plaintiffs

Dated: July 11, 2024         HAWKINS PARNELL & YOUNG

/s/ *Danielle K. Lewis*
Danielle K. Lewis, Esq.
Miles F. Maurino, Esq.

Attorneys for Defendants County of Solano, Solano County Sheriff's Office, Sheriff Thomas A. Ferrara, Dalton McCampbell, Lisa McDowell, Connor Hamilton, and Chris Carter

Dated: July 11, 2024         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ *Gregory M. Fox, Esq.*
Gregory M. Fox, Esq.

Attorneys for Defendant Roy Stockton

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of the filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 11, 2024                                        ALMADANI LAW

                                                                    /s/ Yasin M. Almadani
                                                                  Yasin M. Almadani

*Attorney for Plaintiffs*