UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**ORDER**<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge |

     THIS MATTER CAME BEFORE THE COURT on the Parties' Joint Status Report ordered by the Court on July 9, 2024, the Court hereby ORDERS as follows:

     1.    Fact discovery limited to *Monell* liability shall be completed by August 30, 2024. However, because the Magistrate Judge's future availability to resolve discovery disputes is unknown at this time, matters pending before the Magistrate Judge prior to this limited fact discovery cut-off concerning this limited fact discovery may be resolved after the cut-off.

     2.    Supplemental expert disclosures related to *Monell* liability shall be completed by September 13, 2024.

/////

/////

/////

3. The deadline for dispositive motions to be filed shall be September 20, 2024, with oppositions to be filed by October 18, 2024, and replies to be filed by November 1, 2024. The dispositive motions hearing shall be noticed and set for December 13, 2024.[1]

**IT IS SO ORDERED**

DATED: July 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The dispositive hearing date proposed by the parities (December 20, 2024) is not a viable hearing date for the court.