UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nakia Porter, et al., | No. 2:21-cv-01473-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Solano, et al., | |
| Defendants. | |

Defendant Roy Stockton seeks leave to amend his answer to correct a mistaken admission. ECF No. 142.  No party has opposed the motion, which the court finds is in the interest of justice. *See* Fed. R. Civ. P. 15(a)(2).  Defendant Stockton must file a corrected answer **within seven days**.  This order resolves ECF No. 142.

IT IS SO ORDERED.

DATED: August 20, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1