UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PORTER, *et al.*, | Case No. 2:21-cv-1473-KJM-JDP |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SOLANO, *et al.*, | |
| Defendants. | |

Plaintiffs have filed a motion for sanctions for spoliation of evidence against defendants County of Solano, Solano County Sheriff's Office, and Lisa McDowell. ECF No. 114. The court referred that motion to the undersigned for the limited purpose of conducting an evidentiary hearing and making findings regarding potential spoilation. ECF No. 128. Pursuant to that referral, it is hereby ORDERED that:

    1. A status conference is set for January 16, 2025, at 10:00 a.m. The conference will be conducted remotely via Zoom.[1]

    2. No later than January 9, 2025, the parties shall file a joint status report that addresses: the estimated time to complete the hearing; proposed dates for the hearing; expected number of participants, witnesses, and exhibits; and dates for submitting any briefs and proposed findings of

---

[1] The Zoom invitation will be distributed one week prior to the conference.

1

fact.

IT IS SO ORDERED.

Dated:   December 19, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2