UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PORTER, *et al.*, | Case No. 2:21-cv-1473-KJM-JDP |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SOLANO, *et al.*, | |
| Defendants. | |

Plaintiffs have filed a motion for sanctions for spoliation of evidence against defendants County of Solano, Solano County Sheriff's Office, and Lisa McDowell. ECF No. 114. The court referred that motion to the undersigned for the limited purpose of conducting an evidentiary hearing and making findings as to whether defendants have engaged in spoilation. ECF No. 128. Pursuant to that referral, it is hereby ORDERED that:

1. An evidentiary hearing is set before Magistrate Judge Jeremy D. Peterson on February 27, 2025, at 9:00 a.m. in Courtroom No. 9. If the hearing cannot be completed on that date, it will resume on February 28, 2025, at 9:00 a.m. in Courtroom No. 9.

2. By no later than February 13, 2025, the parties shall file and serve their briefs, proposed findings of fact, and respective exhibit and witness lists.[1] Plaintiffs' exhibits shall be

---

[1] The parties are advised that the court will require three copies of their exhibits, which shall be provided in separate three ring binders.

1

identified numerically, and defendants' exhibits shall be identified alphabetically.  The parties' briefs shall be limited to ten pages.

IT IS SO ORDERED.

Dated:   <u>January 23, 2025</u>                                                                               
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE