UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PORTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-1473-KJM-JDP (PS)<br><br><br><br>ORDER |

The court previously set an evidentiary hearing for February 27, 2025, and ordered the parties to submit briefs, proposed findings of fact, and exhibit and witness lists by no later than February 13, 2025. ECF No. 192. The parties have filed a stipulation to continue the evidentiary hearing and deadline for filing related documents. ECF No. 194.

Good cause appearing, it is hereby ORDERED that:

1. The parties' stipulation, ECF No. 194, is approved.

2. The February 27, 2025 evidentiary hearing is continued to April 7, 2025, at 9:00 a.m. in Courtroom No. 9. If the hearing cannot be completed on that date, it will resume on April 11, 2025, at 9:00 a.m. in Courtroom No. 9.

3. By no later than March 24, 2025, the parties shall file and serve their briefs, proposed

1

findings of fact, and respective exhibit and witness lists.[1]  Plaintiffs' exhibits shall be identified numerically, and defendants' exhibits shall be identified alphabetically.  The parties' briefs shall be limited to ten pages.

IT IS SO ORDERED.

Dated:    February 24, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded that the court will require three copies of their exhibits, which shall be provided in separate three ring binders.

2