UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nakia Porter et al., | No. 2:21-cv-01473-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Solano et al., | |
| Defendants. | |

The court is in receipt of plaintiffs' opposition to defendants' joint Motion to Stay pending appeal. Mot. Stay, ECF No. 213; Opp'n, ECF No. 219. In support of their opposition, plaintiffs request permission "to submit an *in camera* filing or make an *in camera* appearance to reveal certain client confidences that would inform the Court's decision." Opp'n at 6. Without such an opportunity plaintiffs assert they "are unable to fully detail the significant hardship" a stay would present without violating attorney-client privilege. *Id.* Plaintiffs otherwise offer no details of what they wish to present for *in camera* review. Without more information, the court is unable to determine whether an *in camera* review is appropriate. It therefore denies the request without prejudice.

Should plaintiffs wish to renew their request, they must show good cause for *in camera* review. The court would also consider a request to seal plaintiffs' renewed request, with a showing of good cause.

1

1
2        IT IS SO ORDERED.
3    DATED: April 11, 2025.
4
5

                                      UNITED STATES DISTRICT JUDGE