1   Yasin M. Almadani (Cal. Bar No. 242798)
    ALMADANI LAW
2   4695 MacArthur Ct., Ste. 1100
    Newport Beach, CA 92660
3   Tel.: (949) 877-7177
    Fax: (949) 877-8757
4   E-Mail: yma@LawAlm.com

5   AI LAW, PLC
    Ahmed Ibrahim (Cal. Bar No. 238739)
6   4695 MacArthur Ct., Ste. 1100
    Newport Beach, CA 92660
7   Ph.:  949-266-1240
    Fax:   949-266-1280
8   E-Mail: aibrahim@ailawfirm.com

9   *Attorneys for Plaintiffs*

10

11                 **UNITED STATES DISTRICT COURT**

12                 **EASTERN DISTRICT OF CALIFORNIA**

13                      **SACRAMENTO DIVISION**

14

15   NAKIA V. PORTER, *et al.*,              Case No. 2:21-CV-01473-KJM-JDP

16        Plaintiffs,                        **NOTICE OF SETTLEMENT WITH
                                             DEFENDANT ROY STOCKTON ONLY**
17        v.
                                             Action Filed:  August 18, 2021
18   COUNTY OF SOLANO, *et al.*,
                                             Trial Date:    TBD
19        Defendants.

20                                           Hon. Kimberly J. Mueller
                                             United States District Judge
21
                                             Hon. Jeremy D. Peterson
22                                           United States Magistrate Judge

23

24        Plaintiffs Nakia V. Porter, on behalf of herself and her two daughters, L.P. and A.P., and Joe

25   Berry Powell, Jr. (collectively, "Plaintiffs") hereby notify the Court that they have settled the matter in

26   principle with Defendant Roy Stockton *only* and will work with Defendant Stockton's counsel to

27   reduce the settlement to writing in the coming week to file with the Court. Plaintiffs notify the Court to

28   conserve judicial resources and note that, while this settlement moots the currently pending motions

(ECF 211 and 213) as concerning Defendant Stockton *only*, the same motions (ECF 211 and 213) remain pending as to all other Defendants, including Deputy Dalton McCampbell, Deputy Lisa McDowell, and the County of Solano (including Sheriff Thomas Ferrara, in his official capacity).

Per the Court's Order on May 8, 2025, Plaintiffs will work with these remaining Defendants to submit a Joint Statement regarding expert discovery by May 15, 2025.

Dated: May 11, 2025                    Respectfully submitted,

                                       ALMADANI LAW

                                       */s/ Yasin M. Almadani*
                                       Yasin M. Almadani, Esq.

                                       Ahmed Ibrahim, Esq.
                                       AI LAW, PC

                                       *Attorneys for Plaintiffs*

*Notice of Settlement with Defendant Roy Stockton Only*                    *No. 2:21-CV-01473-KJM-JDP*

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of the filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:  May 11, 2025                                      ALMADANI LAW

                                                          _/s/ Yasin M. Almadani_
                                                         Yasin M. Almadani

                                                         *Attorneys for Plaintiffs*