UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nakia Porter et al., | No. 2:21-cv-01473-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Solano et al., | |
| Defendants. | |

The court is in receipt of the parties' Joint Status Report regarding expert discovery. ECF No. 233. In light of the parties' ongoing expert depositions through the month of July and the possibility that the matter will proceed to a jury trial, the court sets an **expert discovery cut-off date of July 31, 2025.**

Plaintiffs' motion for *Chuman* certification, ECF No. 211, and defendants' motion to stay the case pending appeal, ECF No. 213, remain pending. The parties are directed to reserve the week of August 18, 2025, for trial, assuming the case goes to trial.

IT IS SO ORDERED.

DATED: May 23, 2025.

UNITED STATES DISTRICT JUDGE

1