Gregory M. Fox (SBN 70876)
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Email: gfox@bfesf.com

Attorneys for Defendant Roy Stockton
Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel:  (949) 877-7177
Fax:  (949) 877-8757
YMA@LawAlm.com

Ahmed Ibrahim (Cal. Bar No. 238739)
AI LAW, PLC
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Tel:  (949) 266-1240
Fax:  (949) 266-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al., | Case No. 2:21-CV-01473-KJM-JDP |
| Plaintiffs, | **STIPULATED REQUEST TO FILE UNDER SEAL CONFIDENTIAL SETTLEMENT AGREEMENT WITH DEFENDANT ROY STOCKTON** |
| v. | |
| COUNTY OF SOLANO, et al., | Hon. Kimberly J. Mueller |
| Defendants. | United States District Judge |

The above-captioned Plaintiffs and Defendant Roy Stockton (collectively, the "Parties" for purposes of this Stipulation) hereby file this Stipulation to have their Settlement Agreement filed under seal based on the following:

On May 14, 2025, the Parties entered into a Settlement Agreement with a confidentiality clause, a true and correct copy of which is attached hereto as Exhibit 1. That same day, the Parties filed a related stipulation (ECF 230) pursuant to which they agreed, *inter alia*, to file their Settlement Agreement under seal. The Parties thus request to do so by this Stipulation. "[T]he use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets" all constitute compelling reasons to seal court records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

In this ongoing matter, the Parties do want any inappropriate inference drawn from the settlement agreement with Defendant Roy Stockton. The Parties request that the document be sealed until the termination of this case including all appeals.


IT IS SO STIPULATED.


Dated: May 21, 2025                    ALMADANI LAW
                                       */s/ Yasin M. Almadani*
                                       Yasin M. Almadani, Esq.

                                       AI LAW, PLC
                                       */s/ Ahmed Ibrahim*
                                       Ahmed Ibrahim, Esq.

                                       Attorneys for Plaintiffs

Dated: May 21, 2025                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
                                       */s/ Gregory M. Fox*
                                       Gregory M. Fox, Esq.

                                       Attorneys for Defendant Roy Stockton


## **FILER'S ATTESTATION**

I hereby attest that I have been authorized by counsel to show their signature on this document as /s/.

DATED:  May 21, 2025

                                       ***/s/ Yasin M. Almadani***
                                       YASIN M. ALMADANI

STIPULATION AND ORDER TO FILE DOCUMENT UNDER SEAL        *2:21-CV-01473-KJM-JDP*

**<u>ORDER</u>**

The foregoing stipulated request of the parties is approved. The Confidential Settlement Agreement attached to the Parties' Stipulation as Exhibit 1 shall be filed under seal and shall remain under seal until the termination of this case including all appeals.

IT IS SO ORDERED.

DATED:  May 27, 2025.

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO FILE DOCUMENT UNDER SEAL          *2:21-CV-01473-KJM-JDP*