# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nakia Porter et al., | No. 2:21-cv-01473-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| County of Solano et al., | |
| Defendants. | |

The court is in receipt of the parties' joint request for this court to maintain continuing jurisdiction over the enforcement of the settlement agreement reached by the plaintiffs and defendant Roy Stockton. ECF No. 230. The court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir.1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for the state courts. *Kokkonen*, 511 U.S. at 382.

This order resolves ECF No. 230.

IT IS SO ORDERED.

DATED: 5/29/2025

UNITED STATES DISTRICT JUDGE

1