UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. Porter, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SOLANO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**ORDER**<br><br>Action Filed: August 18, 2021<br><br>Hon. Kimberly J. Mueller<br>United States District Judge |

THIS MATTER CAME BEFORE THE COURT on the parties' Stipulation to Continue Deadline to File Dispositional Documents. Having fully considered the record and finding good cause to GRANT the request in the stipulation, the Court hereby ORDERS as follows:

Dispositional documents shall be filed no later than October 14, 2025, with the Parties to file interim joint status reports every 30 days, including on August 15, 2025, and September 15, 2025, apprising the Court of the status of settlement consummation.

IT IS SO ORDERED.

DATED: July 28, 2025.

_____
UNITED STATES DISTRICT JUDGE